## MEXICAN PRODUCTS CO. *v.* UNITED STATES

**No. 5405.**—Invoices dated Tehuacan, Mexico, February 12, 1935, etc.
　　　　Certified February 15, 1935, etc.
　　　　Entered at Laredo, Tex., September 11, 1935, etc.
　　　　Entry No. 34–L, etc.

(Decided September 2, 1941)

*Philip Stein* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General (*Joseph E. Weil*, special attorney), for the defendant.

KEEFE, Judge: These reappraisements involve the proper value of certain palm leaf hats imported from Mexico.

At the trial of this case by oral stipulation between the parties hereto it was agreed that the invoice prices represent the export value of the merchandise and that the foreign value thereof is not higher.

In view of the agreed facts, I find that the proper dutiable export value of the merchandise is represented by the prices as invoiced. Judgment will be entered accordingly.